IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CR-093-Z-BR-(1) |
| | § | |
| WILLIE GONZALES | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On April 4, 2024, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Willie Gonzales filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby **ADOPTED** by the United States District Court. Accordingly, the Court hereby **FINDS** that the guilty plea of Defendant Willie Gonzales was knowingly and voluntarily entered; **ACCEPTS** the guilty plea of Defendant Willie Gonzales; and **ADJUDGES** Defendant Willie Gonzales guilty of Count One in violation of 18 U.S.C. § 2251(a). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, April 26, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE